# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Ave • Suite 2458 • New York, New York 10170
T: 212.792.0048 • E: Jason@levinepstein.com

March 12, 2026

***Via Electronic Filing***
The Hon. Jeanette A. Vargas U.S.D. J.
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:     *Habhoub  v. LNC Wellness LLC et al*
>          Case No.: 1:25-cv-03810-JAV

Dear Honorable Judge Vargas:

This law firm represents Defendants LNC Wellness LLC and Bella Palterovich (collectively, the "Defendants") in the above-referenced matter. The instant letter is filed jointly with counsel for Plaintiff Tarek Habhoub (the "Plaintiff").

Pursuant to Your Honor's Individual Motion Practice Rule, this letter respectfully serves to request that the Court so-order the parties' proposed case management plan and scheduling order, annexed hereto as Exhibit "A".

In light of the foregoing, the parties further respectfully request that the Court adjourn the in-person initial case conference scheduled for March 25, 2026, *sine die*.

Thank you, in advance, for your time and attention to this matter.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By:  */s/ Jason Mizrahi*
Jason Mizrahi, Esq.
420 Lexington Ave, Suite 2458
New York, New York 10170
Tel. No.:  (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Defendants*

VIA ECF: All Counsel

Encl.

1