# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2458 • New York, New York 10170
T: 212.792.0048 • E: Jason@levinepstein.com

April 8, 2026

**_VIA ECF_**
The Hon. Katharine H. Parker, U.S.M.J.
U.S. District Court, Eastern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___04/09/2026

Re:    *Tarek Habhoub v. LNC Wellness LLC et al*
       **Case No.: 1:25-cv-03810-JAV**

Dear Honorable Magistrate Judge Parker,

This law firm represents Defendants LNC Wellness LLC, and Bella Palterovich (collectively, the "Defendants") in the above-referenced matter.

The instant letter respectfully serves to request an adjournment of the virtual telephonic pre-settlement conference scheduled for April 9, 2026 at 12:00 p.m. to: (i) April 9, 2026, before 11:00 a.m.; or (ii) to a date and time set by the Court on or after April 13, 2026. This is the first request of its kind. If granted, the instant request would not affect any other scheduled deadlines.

The basis of this request is that the undersigned has a conflicting, unavoidable, personal and religious obligation on April 9, 2026, occasioned by a bris milah.

In light of the foregoing, it is respectfully requested that the Court adjourn the virtual telephonic pre-settlement conference scheduled for April 9, 2026 at 12:00 p.m. to a date and time set by the Court after April 9, 2026

Thank you, in advance, for your time and attention to this matter.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
    Jason Mizrahi, Esq.
    420 Lexington Avenue, Suite 2458
    New York, NY 10170
    Tel. No.:  (212) 792-0048
    Email: Jason@levinepstein.com
    *Attorneys for Plaintiffs*

**APPLICATION GRANTED:** **The Pre-settlement Call set for 4/9/2026 at 12:00 PM is hereby rescheduled to Tuesday, May 12, 2026 at 4:00 p.m. Counsel for the parties will be emailed the call in information by Judge Parkers chambers prior to the scheduled conference date.**

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

**04/09/2026**