# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2458 • New York, New York 10170
T: 212.792.0048 • E: Jason@levinepstein.com

May 8, 2026

***VIA ECF***
The Hon. Katharine H. Parker, U.S.M.J.
U.S. District Court, Eastern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   05/11/2026
```

Re:   *Tarek Habhoub v. LNC Wellness LLC et al*
**Case No.: 1:25-cv-03810-JAV**

Dear Honorable Magistrate Judge Parker,

This law firm represents Defendants LNC Wellness LLC, and Bella Palterovich (collectively, the "Defendants") in the above-referenced matter.

The instant letter respectfully serves to request an adjournment of the virtual telephonic pre-settlement conference scheduled for May 12, 2026 at 12:00 p.m. to a date and time set by the Court on or after May 14, 2026. This is the second request of its kind. If granted, the instant request would not affect any other scheduled deadlines.

The basis of this request is that the undersigned has a conflicting, unavoidable, professional obligation on Mayh 12, 2026, occasioned by a deposition.

In light of the foregoing, it is respectfully requested that the Court adjourn the virtual telephonic pre-settlement conference scheduled for May 12, 2026 at 12:00 p.m. to a date and time set by the Court on or after May 14, 2026.

Thank you, in advance, for your time and attention to this matter.

Respectfully submitted,

**APPLICATION GRANTED:** The Pre-settlement Call set for 5/12/2026 at 4:00 PM is hereby rescheduled to **Tuesday, May 19, 2026 at 4:00 p.m.** Counsel for the parties will be emailed the call in information by Judge Parkers chambers prior to the scheduled conference date.

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
   Jason Mizrahi, Esq.
   420 Lexington Avenue, Suite 2458
   New York, NY 10170
   Tel. No.:  (212) 792-0048
   Email: Jason@levinepstein.com
   *Attorneys for Defendants*

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

**05/11/2026**